UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

     Debtor.

BRADLEY D. SHARP,                                    CIV. NO. S-10-810 LKK

     Plaintiff,

        v.

SCOTT SALYER, et al.,

     Defendants.
_____/

IN RE:

SK FOODS, L.P.

     Debtor.

BRADLEY D. SHARP,                                    CIV. NO. S-10-811 LKK

     Plaintiff,

        v.

SKF AVIATION, LLC, et al.,

     Defendants.
_____/

1  IN RE:

2  SK FOODS, L.P.

3           Debtor.

4  BRADLEY D. SHARP,                    CIV. NO. S-10-812 LKK

5           Plaintiff,

6               v.

7  SSC FARMS 1, LLC, et al.,

8           Defendants.
   _____/

9  IN RE:

10 SK FOODS, L.P.

11          Debtor.

12 BRADLEY SHARP,                       CIV. NO. S-10-1492 LKK

13          Plaintiff,

14              v.

15 SSC FARMS 1, LLC, et al.,

16          Defendants.
   _____/

17 ////

18 ////
   IN RE:
19
   SK FOODS, L.P.                       CIV. NO. S-10-1493 LKK
20
            Debtor.
21 _____/

22 ////

23 ////

24 ////

25 ////

26 ////

                          2

```
 1   IN RE:

 2   SK FOODS, L.P.

 3          Debtor.

 4   BRADLEY SHARP,                          CIV. NO. S-10-1496 LKK

 5          Plaintiff,

 6               v.

 7   CSSS, L.P., et al.,

 8          Defendants.
     _____/
 9   IN RE:

10   SK FOODS, L.P.

11          Debtor.

12   BRADLEY SHARP,                          CIV. NO. S-10-1497 LKK

13          Plaintiff,

14               v.

15   FRED SALYER IRREVOCABLE
     TRUST, et al.,
16
            Defendants.
17   _____/

18   IN RE:

19   SK FOODS, L.P.

20          Debtor.

21   BRADLEY SHARP,                          CIV. NO. S-10-1498 LKK

22          Plaintiff,

23               v.

24   SKF AVIATION, LLC., et al.,

25          Defendants.
     _____/
26
```

3

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                                    CIV. NO. S-10-1499 LKK

      Plaintiff,

          v.

SCOTT SALYER, et al.,

      Defendants.
_____/

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                                    CIV. NO. S-10-1500 LKK

      Plaintiff,

          v.
                                                  O R D E R
SCOTT SALYER, et al.,

      Defendants.
_____/

     Currently before this court are two sets of bankruptcy appeals that this court related to a criminal matter before it, United States of America v. Frederick Scott Salyer, 2:10-cr-00061-LKK-GGH. The first set of appeals bear the following case numbers: (1) 2:10-cv-00810-LKK; (2) 2:10-cv-00811-LKK; and (3) 2:10-cv-00812-LKK. The parties filed identical briefs in each of these cases. The second set of appeals bear the following case numbers: (1) 2:10-cv-01492-LKK; (2) 2:10-cv-01493-LKK; (3) 2:10-cv-01496-LKK; (4) 2:10-cv-01497-LKK; (5) 2:10-cv-01498-LKK; (6) 2:10-cv-01499-LKK; (7) 2:10-

1 | cv-01500-LKK. Likewise, the parties filed identical briefs in each
2 | of these cases. Briefing is now complete on both sets of appeals.
3 | Further, the Bankruptcy Trustee has filed a Motion to Dismiss
4 | the second set of bankruptcy appeals and a Motion to Strike a
5 | declaration attached to defendants' opening brief in the second set
6 | of bankruptcy appeals. These motions are currently set to be heard
7 | on September 27, 2010.
8 | The court has determined that both sets of appeals and the two
9 | motions should be heard together. For the foregoing reasons the
10 | court orders as follows:
11 | (1) The above-captioned bankruptcy appeals shall be heard on
12 | October 12, 2010 at 10:00 a.m.
13 | (2) The hearings on the motions to dismiss and to strike
14 | filed in the second set of bankruptcy appeals are
15 | CONTINUED to October 12, 2010 at 10:00 a.m.
16 | IT IS SO ORDERED.
17 | DATED:  September 16, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT