```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10   IN RE:
11   SK FOODS, L.P.
12            Debtor.
13   BRADLEY D. SHARP,                      CIV. NO. S-10-810 LKK
14            Plaintiff,
15                v.
16   SCOTT SALYER, et al.,
17            Defendants.
                                        /
18
19   IN RE:
20   SK FOODS, L.P.
21            Debtor.
22   BRADLEY D. SHARP,                      CIV. NO. S-10-811 LKK
23            Plaintiff,
24                v.
25   SKF AVIATION, LLC, et al.,
26            Defendants.
                                        /
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3        Debtor.
 4  BRADLEY D. SHARP,                    CIV. NO. S-10-812 LKK
 5        Plaintiff,
 6           v.
 7  SSC FARMS 1, LLC, et al.,
 8        Defendants.
                                      /
 9  IN RE:
10  SK FOODS, L.P.
11        Debtor.
12  BRADLEY SHARP,                       CIV. NO. S-10-1492 LKK
13        Plaintiff,
14           v.
15  SSC FARMS 1, LLC, et al.,
16        Defendants.
                                      /
17  ////
18  ////
    IN RE:
19
    SK FOODS, L.P.                       CIV. NO. S-10-1493 LKK
20
          Debtor.
21                                    /
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1496 LKK
 5          Plaintiff,
 6             v.
 7  CSSS, L.P., et al.,
 8          Defendants.
                                       /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK
13          Plaintiff,
14             v.
15  FRED SALYER IRREVOCABLE
    TRUST, et al.,
16
            Defendants.
17                                     /
18  IN RE:
19  SK FOODS, L.P.
20          Debtor.
21  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
22          Plaintiff,
23             v.
24  SKF AVIATION, LLC., et al.,
25          Defendants.
                                       /
26
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
 5          Plaintiff,
 6              v.
 7  SCOTT SALYER, et al.,
 8          Defendants.
                                     /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
13          Plaintiff,
14              v.
                                                  O R D E R
15  SCOTT SALYER, et al.,
16          Defendants.
                                     /
```

On October 12, 2010, the court heard two appeals of orders from the Bankruptcy Court. The first concerned an order granting a preliminary injunction. 2:10-cv-810; 2:10-cv-811; 2:10-cv-812. The second concerned an order denying a stay of certain adversary proceedings. 2:10-cv-1492, 2:10-cv-1493, 2:10-cv-1496, 2:10-cv-1497, 2:10-cv-1498, 2:10-cv-1499, 2:10-cv-1500.

At the hearing, the court ordered Appellants and Appellees to file proposed orders that balance the interests of both parties. Further, the court instructed that the proposed orders reflect the

following:

    (1) Frederick Scott Salyer and his counsel shall not be required to provide discovery.

    (2) Methods to insure that the preliminary injunction entered shall be obeyed.

    (3) Breadth of the stay of discovery.

The court also requested that the parties propose a procedure through which counsel for Appellants can be paid for their legal fees and costs. While recognizing that this issue was not addressed in the instant orders on appeal and, therefore, not formally before this court, it nonetheless will allow the parties to propose a resolution to this issue if they wish to do so.

    For the foregoing reasons, the court ORDERS that the parties shall file proposed orders, as described above, by October 26, 2010.

    IT IS SO ORDERED.

    DATED: October 13, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT