UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                  CIV. NO. S-10-1492 LKK

      Plaintiff,

         v.

SSC FARMS 1, LLC, et al.,

      Defendants.
_____/
IN RE:

SK FOODS, L.P.               CIV. NO. S-10-1493 LKK

      Debtor.
_____/
IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                  CIV. NO. S-10-1496 LKK

      Plaintiff,

         v.

CSSS, L.P., et al.,

      Defendants.
_____/

1    IN RE:

2    SK FOODS, L.P.

3            Debtor.

4    BRADLEY SHARP,                          CIV. NO. S-10-1497 LKK

5            Plaintiff,

6                  v.

7    FRED SALYER IRREVOCABLE
     TRUST, et al.,
8
             Defendants.
9    _____/

10   IN RE:

11   SK FOODS, L.P.

12           Debtor.

13   BRADLEY SHARP,                          CIV. NO. S-10-1498 LKK

14           Plaintiff,

15                 v.

16   SKF AVIATION, LLC., et al.,

17           Defendants.
     _____/
18
     IN RE:
19
     SK FOODS, L.P.
20
             Debtor.
21
     BRADLEY SHARP,                          CIV. NO. S-10-1499 LKK
22
             Plaintiff,
23
                   v.
24
     SCOTT SALYER, et al.,
25
             Defendants.
26   _____/

2

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                                         CIV. NO. S-10-1500 LKK

      Plaintiff,

        v.
                                                      O R D E R
SCOTT SALYER, et al.,

      Defendants.
_____/

The Bankruptcy Trustee has filed a motion for rehearing, which is set to be heard on January 31, 2011 at 10:00 a.m. Shortly after filing the motion, the debtor and non-debtor entities filed an objection to the motion in which they requested a continuance of the hearing while their lead counsel underwent and recovered from surgery. On January 14, 2011, the court denied the request for a continuance on the grounds that the firms that represent the entities have sufficient attorneys to prepare for the motion. The court did, however, allow for a brief extension of time for the entities to file their response to the motion. Specifically, the court ordered that, "The response shall be filed by 9:00 a.m. on January 19, 2011." Order at 4. No response has been filed.

For the foregoing reasons, the court ORDERS as follows:

(1)   The Bankruptcy Trustee's motion for rehearing SHALL BE HEARD on January 31, 2011 at 10:00 a.m.

(2)   The court recognizes that the change of attorneys may have caused counsel for the entities to fail to file a

1      response to the Trustee's motion. If this is the case,

2      counsel for the entities MUST FILE a notice to the court

3      indicating why they have not responded to the motion by

4      9:00 a.m. on Wednesday, January 26, 2011.

5 IT IS SO ORDERED.

6 DATED:  January 21, 2011.

7

8

9      LAWRENCE K. KARLTON

10      SENIOR JUDGE
     UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26