STEVEN H. FELDERSTEIN, State Bar No. 056978
PAUL J. PASCUZZI, State Bar No. 148810
TANIA M. MOYRON, State Bar No. 235736
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com
tmoyron@ffwplaw.com

MALCOLM S. SEGAL, State Bar No.  075481
SEGAL & KIRBY
770 L Street, Suite1440
Sacramento, California  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003
msegal@segalandkirby.com

Attorneys for Scott Salyer, individually and as
trustee of the Scott Salyer Revocable Trust, and the Scott
Salyer Revocable Trust

ANDREA M. MILLER, State Bar No.  88992
NAGELEY MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, California  95826
Telephone:  (916) 386-8292
Facsimile:  (916) 386-8952
amiller@nmlaw.com

Attorneys for SK PM Corp., SK Foods, LLC, SKF
Canning, LLC, Blackstone Ranch Corporation, Monterey
Peninsula Farms, LLC, Salyer Management Company,
LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation,
LLC, and CSSS, LP d/b/a Central Valley Shippers

*Please see continuation page for a complete list of the moving parties and their respective counsel.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE OPPOSITION TO AND POSTPONING
HEARING FOR MOTION FOR REHEARING

| | |
|---|---|
| In re: | BANKRUPTCY CASE NO.: 09-29162-D-11 |
| SK FOODS, LP, a California limited partnership, et al., | Chapter 11 |
| Debtors. | **U.S. District Court Case Nos.**<br>  2:10-cv-01492-LKK; 2:10-cv-01493-LKK<br>  2:10-cv-01496-LKK; 2:10-cv-01497-LKK<br>  2:10-cv-01498-LKK; 2:10-cv-01499-LKK<br>  2:10-cv-01500-LKK |
| | **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO AND POSTPONING HEARING FOR MOTION FOR REHEARING ON DECEMBER 10, 2010 ORDER AND JUDGMENT REVERSING BANKRUPTCY COURT'S ORDER DENYING A STAY** |
| BRADLEY SHARP, et al.,<br>       Plaintiff,<br>   v.<br>SSC FARMS I, LLC, et al.,<br>       Defendants. | **AP No.  09-02692**<br>DCN:  MSS-1 |
| BRADLEY SHARP, et al.,<br>       Plaintiff,<br>   v.<br>SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, et al.,<br>       Defendants. | **AP No.  10-02014**<br>DCN:  MSS-1 |
| BRADLEY SHARP, et al.,<br>       Plaintiff,<br>   v.<br>SCOTT SALYER, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, et al.,<br>       Defendants. | **AP No.  10-02015**<br>DCN:  MSS-1 |

| | |
|---|---|
| BRADLEY SHARP, et al.,<br><br>            Plaintiff,<br><br>    v.<br><br>SKF AVIATION, LLC, et al.,<br><br>            Defendants. | **AP No.  10-02016**<br>DCN:  MSS-1 |
| BRADLEY SHARP, et al.,<br><br>            Plaintiff,<br><br>    v.<br><br>FRED SALYER IRREVOCABLE TRUST, et al.,<br><br>            Defendants. | **AP No.  10-02017**<br>DCN:  MSS-1 |
| BRADLEY SHARP, et al.,<br><br>            Plaintiff,<br><br>    v.<br><br>CSSS, L.P., et al.,<br><br>            Defendants. | **AP No.  09-02543**<br>DCN:  MSS-1 |

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE OPPOSITION TO AND POSTPONING
HEARING FOR MOTION FOR REHEARING

**CONTINUATION SHEET:  PARTIES**

**AND THEIR RESPECTIVE COUNSEL**

| | |
|---|---|
| STEVEN H. FELDERSTEIN, State Bar No. 056978<br>PAUL J. PASCUZZI, State Bar No.  148810<br>TANIA M. MOYRON, State Bar No. 235736<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, California  95814<br>Telephone:  (916) 329-7400<br>Facsimile:  (916) 329-7435<br>sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | ANDREA M. MILLER, State Bar No.  88992<br>NAGELEY MEREDITH & MILLER, INC.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, California  95826<br>Telephone:  (916) 386-8292<br>Facsimile:  (916) 386-8952<br>amiller@nmlaw.com<br><br>Counsel for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers |
| MALCOLM S. SEGAL, State Bar No.  075481<br>SEGAL & KIRBY<br>770 L Street, Suite1440<br>Sacramento, California  95814<br>Telephone:  (916) 441-0828<br>Facsimile:  (916) 446-6003<br>msegal@segalandkirby.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | LARRY J. LICHTENEGGER, State Bar No. 048206<br>LICHTENEGGER LAW OFFICE.<br>3850 Rio Road, Suite 58<br>Carmel, CA 93926<br>Telephone: (831) 626-2801<br><br>Counsel for the Fred Salyer Irrevocable Trust, Gerard Rose as trustee of the Fred Salyer Irrevocable Trust, and Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust |
| GREGORY C. NUTI, State Bar No. 151754<br>KEVIN W. COLEMAN, State Bar No. 168538<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104-5501<br>Telephone: 415-364-6700<br>Facsimile: 415-364-6785<br>gnuti@schnader.com<br>kcoleman@schnader.com<br><br>Counsel for Bradley D. Sharp, Chapter 11 Trustee | |

Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust; the Scott Salyer Revocable Trust; SK PM Corp.; SK Foods, LLC; SKF Canning, LLC; Blackstone Ranch Corporation; Monterey Peninsula Farms, LLC; Salyer Management Company, LLC; SK Farms Services, LLC; SK Frozen Foods, LLC; SS Farms, LLC; SSC Farming, LLC; SSC Farms I, LLC; SSC Farms II, LLC; SSC Farms III, LLC; SKF Aviation, LLC; CSSS, LP d/b/a Central Valley Shippers; Gerard Rose as trustee of the Fred Salyer Irrevocable Trust; and the Fred Salyer Irrevocable Trust (collectively, "Appellants") and Bradley D. Sharp, as Chapter 11 Trustee of SK Foods, L.P. ("Appellee"), by and through their respective counsel, hereby stipulate (the "Stipulation") and agree as follows:

1. On December 27, 2010, Appellee filed the Motion for Rehearing on December 10, 2010 Order and Judgment Reversing Bankruptcy Court's Order Denying a Stay (the "Motion for Rehearing") in the above-captioned appeals. The Motion for Rehearing was set for hearing on January 31, 2011 at 10:00 a.m. and the deadline to file an opposition to the Motion for Rehearing was January 17, 2011.

2. On December 30, 2010, Appellants filed an opposition to the Motion for Rehearing, asking the Court to delay the hearing until sometime at the end of March 2011 because of the illness of one of Appellants' attorneys and reserving the right of Appellants to file a supplemental opposition to the Motion for Rehearing.

3. On January 14, 2011, the Court entered an order (the "Extension Order") extending the deadline for Appellants to file an opposition to the Motion for Rehearing until January 19, 2011 at 9:00 a.m.

4. On or around January 14, 2011, Appellants and Appellee agreed to participate in mediation concerning, among other things, the Motion for Rehearing with Judge Michael McManus in the next sixty (60) days (the "Mediation"). Because the Motion for Rehearing will be negotiated as part of the Mediation, Appellants and Appellee also agreed to postpone the hearing on the Motion for Rehearing to no earlier than March 31, 2011 and, as a result, extend the deadline to file an opposition to the Motion for Rehearing to no earlier than March 17, 2011.

5. The parties further agree that the ultimate date of the deadline for Appellants to

file their opposition should be determined under the Local Rules of the United Stated District Court for the Eastern District of California (the "<u>Local Rules</u>") based on the date of the hearing set by the Court.

6. Appellants and Appellee believe that delaying the hearing on the Motion for Rehearing and extending the deadline to file an opposition to the Motion for Rehearing will enhance the parties' ability in the Mediation to agree to a consensual resolution of the issues raised in the Motion for Rehearing, although the parties are unable to guarantee at this time that they will be successful.

7. On January 21, 2011, the Court entered an order (the "<u>Order</u>") requesting that counsel for the Appellants file a notice indicating why they did not file a timely supplemental opposition to the Motion for Rehearing pursuant to the Extension Order.

8. In response to the Order, Appellants hereby apologize to the Court for the delay in filing this Stipulation.  Between January 14, 2011 and January 24, 2011, Appellants and Appellee were in the process of negotiating the details of an interim settlement agreement to delay the numerous open issues between Appellants and Appellee, including the Motion for Rehearing, while the parties participate in the Mediation.  As a result of such efforts, Appellants and Appellee are hereby filing this Stipulation.

9. As a result of the forgoing, Appellants and Appellee hereby jointly request that the Court enter an order continuing the hearing on the Motion for Rehearing to a date no earlier than March 31, 2011, with the deadline for Appellants to file their opposition to the Motion for Rehearing to be determined under the Local Rules, based on the date of the hearing set by the Court.

[remainder of page intentionally left blank]

Dated this 25th day of January, 2011

| SCHNADER HARRISON SEGAL & LEWIS LLP | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP |
|---|---|
| /S/MICHAEL M. CARLSON<br>MICHAEL M. CARLSON<br>Counsel for Bradley D. Sharp, as Chapter 11 Trustee of SK Foods, L.P. | /S/ PAUL J. PASCUZZI<br>PAUL J. PASCUZZI<br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust |
| SEGAL & KIRBY LLP | NAGELEY MEREDITH & MILLER, INC. |
| /S/ MALCOLM S. SEGAL<br>MALCOLM S. SEGAL<br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | /S/ JAMES C. KEOWEN<br>JAMES C. KEOWEN<br>Counsel for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers |

LAW OFFICE OF LARRY LICHTENNEGER

/S/ LARRY LICHTENNEGER
LARRY LICHTENNEGER
Counsel for the Fred Salyer Irrevocable Trust, Gerard Rose as trustee of the Fred Salyer Irrevocable Trust, and Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust

GOOD CAUSE APPEARING, IT IS ORDERED AS FOLLOWS:

1. The hearing on the Motion for Rehearing is continued to April 11, 2011 at 10:00 a.m.
2. The deadline for Appellants to file their opposition to the Motion for Rehearing shall be determined under the Local Rules.

Dated:  January 26, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-4-

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE OPPOSITION TO AND POSTPONING
HEARING FOR MOTION FOR REHEARING